IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY M. C.,
        Plaintiff,

                              Civil No. 2:24-CV-10848

v.

MARTIN O'MALLEY,              MAGISTRATE JUDGE ALTMAN
COMMISSIONER
OF SOCIAL SECURITY,
        Defendant.
_____/

## **STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the

Court should enter an order remanding the above-captioned case to the

Commissioner for further administrative action.

                            Respectfully submitted,

                            DAWN N. ISON
                            United States Attorney

/s/ Eddy Pierre Pierre[1]
Eddy Pierre Pierre
Pierre Pierre Law, P.C.
15 Park Pl.
2nd Floor, Ste. 4
Bronxville, NY 10708
(646) 992-8383
epierre2@pierrepierrelaw.com

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
lisa.g.smoller@ssa.gov[2]

---

[1]  Signed with consent obtained by email by Special Assistant United States Attorney Lisa G. Smoller, received on August 12, 2024.

[2]  Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Eddy Pierre Pierre at: epierre2@pierrepierrelaw.com

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY M. C.,
        Plaintiff,

                              Civil No. 2:24-CV-10848

v.

MARTIN O'MALLEY,                  MAGISTRATE JUDGE ALTMAN
COMMISSIONER
OF SOCIAL SECURITY,
        Defendant.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this

case is remanded to the Commissioner for further proceedings under sentence four

of 42 U.S.C. § 405(g).


                                s/Kimberly G. Altman
                                KIMBERLY G. ALTMAN
Date: August 13, 2024           United States Magistrate Judge