IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY M. C.,

    Plaintiff,

v.

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Civil No. 2:24-CV-10848

MAGISTRATE JUDGE ALTMAN

**J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

    s/Kimberly G. Altman
    KIMBERLY G. ALTMAN
    United States Magistrate Judge

Dated: August 13, 2024